UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2015 AUG 3 PM 1:14
U.S. DIST...

CIVIL ACTION 1:15-cv-11631

ULYSSES PENA,
 Plaintiff,

v.

BOSTON POLICE OFFICER SEAN
SCANNELL, BOSTON POLICE
SERGEANT SEAN SMITH,
BOSTON POLICE SUPERINTENDENT-
IN-CHIEF WILLIAM GROSS,
BOSTON POLICE COMMISSIONER
WILLIAM B. EVANS,
THE CITY OF BOSTON,
 Defendants

AMENDED COMPLAINT BY BEING A PART
SUPERSEDING COMPLAINT
(PURSUANT TO RULE 15.1)
COMPLAINT INTRODUCTION

PARTIES

1. PLAINTIFF, ULYSSES PENA, IS A SOVEREIGN OF MASSACHUSETTS AND A RESIDENT OF THE COMMONWEALTH.

2. DEFENDANT, SEAN SCANNELL, IS A

BOSTON POLICE OFFICER. HE IS SUED IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

3. DEFENDANT, SEAN SMITH, IS A BOSTON POLICE OFFICER IN A SUPERVISION POSITION AS SERGEANT, HE IS SUED IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

4. DEFENDANT, WILLIAM GROSS, IS A BOSTON POLICE OFFICER IN A SUPERVISION POSITION AS SUPERINTENDANT-IN-CHIEF. HE IS SUED BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

5. DEFENDANT, WILLIAM B. EVANS, IS A BOSTON POLICE OFFICER IN A SUPERVISION POSITION AS COMMISSIONER. HE IS SUED IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

6. DEFENDANT, THE CITY of BOSTON IS A CITY IN MASSACHUSETTS AND THE EMPLOYER of THE ABOVE NAMED DEFENDANTS; IT IS SUED IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

③

## FACTS

1. ON OR ABOUT APRIL 6, 2013, THE PLAITIFF BEING HOMELESS, WAS ASLEEP IN BASEMENT ON MARIMON STREET IN THE JAMAICA PLAIN SECTION OF BOSTON, MASSACHUSETTS.

2. THAT NIGHT ABOUT 7:00 P.M., UNBEKNOWN TO THE PLAITIFF, BOSTON POLICE WERE LOOKING FOR A SUSPECT IN AN ATTEMPTED B+E OF A MOTOR VEHICLE IN THE AREA.

3. SERGEANT SEAN SMITH ORDERED THAT A CANINE UNIT BE CALLED TO SCENE, TO SEARCH FOR POSSIBLE SUSPECTS.

4. POLICE OFFICER AND HIS CANINE, HANZ, CAME ON THE SCENE AND SOMEHOW THE PLAINTIFF BECAME THE OBJECT OF POLICE OFFICER SCANNELL AND HANZ'S INVESTIGATION WITHOUT IDENTIFICATION, JUST THE OFFICER HANZ PICKING UP A SMELL WITHOUT JUSTIFICATION.

5. AS THE PLAINTIFF WAS STIRRED FROM HIS SLEEP, HE WAS ASSAULTED AND ATTACKED BY A DOG, THE DOG UNBEKNOWN TO HIM WAS HANZ, LET LOOSE BY HIS HANDLER.

6. SERGEANT SMITH GAVE POLICE OFFICER SCANNELL THE ORDER TO RELEASE HANZ, UNDER A REASONABLE APPREHENSION OF IT BEING A CONSPIRED ACT WITH THE KNOWN RISK TO ANY PERSON THE **DOG IS** RELEASED UPON.


7. THE BOSTON POLICE POLICY CONCERNING THE RELEASING OF POLICE CANINES IS VAGUE AND DESCRIMINATORY WHERE IT IS AT THE DISCRETION OF THE OFFICER "WHIM" ON WHO TO RELEASE THE DOG ON OR NOT.

8. IN THE USE OF RELEASING THE POLICE CANINE, POLICE OFTEN RELEASE THE ANIMAL IN HIGHLY POPULATED BLACK AND HISPANIC NEIGHBORHOODS AS OPPOSED TO WHITE NEIGHBORHOODS.

9. CANINE HANZ, HAD REPEATEDLY BITTEN PENA IN THE HANDS (DEFENSIVE MARKS) HEAD, ARMS + LEGS, AND WAS CHEWING ON HIS FLESH.

10. THE PLAINTIFF, BLOODY AND MISFIGURED BY HANZ'S ASSAULTS, PLEADED FOR THE POLICE TO GET THE DOG OFF HIM.

11. POLICE OFFICER SCANNELL INSTEAD TAUNTED AND WAS MALICIOUS ALLOWING THE ASSAULT TO CONTINUE WITHOUT STOPPING IT. THE MALVIOLENCE OF THE ASSAULT CONTINUED UNDER THE GUISE OF "STOP RESISTING GET ON THE FLOOR FACE DOWN, HANDS OUT" WHILE HANZ CONTINUED ITS ASSAULT.

12. AFTER ABOUT 5-10 MINUTES OF HANZ ASSAULTS, POLICE OFFICER SCANNELL AWKWARDLY TWISTED PLAINTIFF ARM JUST SHORT OF THE BREAKING POINT, WITH HIS KNEE IN HIS BACK, THEN ON HIS BLOODY HEAD, BANGING HIS HEAD INTO THE GROUND A FEW TIMES WHILE CANINE HANZ CONTINUED TO BITE HIM.

13. PLAINTIFF NEVER STRUCK THE CANINE HANZ NOR DID HE EVER RESIST ARREST, THOUGH HE WAS ORIGINALLY CHARGED WITH DOING SO.

14. WHEN PLAINTIFF WAS FINALLY HANDCUFFED, POLICE OFFICER SCANNELL YELLED "WERE GOING TO CHARGE YOU WITH HOME INVASION AND EVERYTHING WE CAN!"

15. PLAINTIFF WAS IMMEDIATLY TAKEN TO BRINGHAM AND WOMANS HOSPITAL, WHERE HIS HEAD WAS ALREADY CRACKED OPEN AND REQUIRED ATLEAST 5 STAPLES TO BE HELD BACK IN PLACE. HIS RIGHT REQUIRED 7 TO 10 STITCHES TO BE PUT BACK IN PLACE DUE TO CANINE BITES AND ATLEAST 5 STITCHES ON HIS LEFT ARM.

16. PLAINTIFF HAS SUFFERED HEAD TRAUMA, HEADACHES, LOSS OF MEMORY, BRAIN DAMAGE, NIGHTMARES, MENTAL DURESS AND ALSO HAS PERMANENT SCARING ON HIS HEAD, ARMS, AND WRIST DUE TO THE CANINE BITES AND EXCESSIVE FORCE USED BY THE BOSTON POLICE CANINE UNIT.

## CLAIMS FOR RELIEF

1. THE ACTIONS OF THE DEFENDANTS VIOLATED THE PLAINTIFFS DUE PROCESS RIGHTS AS ESTABLISHED BY THE BOSTON POLICE DEPARTMENT PROCEDURES, MASSACHUSETTS CONSTITUTION AND DECLARATION OF RIGHTS, UNITED STATES CONSTITUTION AND BILL OF RIGHTS, AMENDMENTS PROMULGATED IN THE STATUES, AND OR OTHER.



2. THE ACTIONS OF THE DEFENDANTS ILLEGALITY WAS DONE BY OFFICIALS ACTING UNDER THE COLOR OF LAW YET THE ACTS WERE COMMITED WITH A PRIVATE AGENDA.

3. THE DEFENDANTS KNEW THE ASSUMPTION OF RISK TO THE PLAINTIFF BY THEIR ACTION YET STILL WERE NEGLIGENT, NEGIGENT AND INTENTIONAL IN ALL ACTION IN BOTH CAPITUS

4. THE ACTION OF THE DEFENDANTS WHO ARE BOSTON POLICE OFFICERS ACTING UNDER COLOR OF LAW VIOLATED 42 U.S.C. 1983

### PRAYERS FOR RELIEF

WHEREFORE, THE PLAINTIFF REQUEST THIS HONORABLE COURT:

1. REVIEW THE DEFENDANTS ACTIONS THEREBY DECLARATORY JUDGEMENT OR SUMMARY JUDGEMENT STANDARDS ARISING OUT OF THE EXLESSIVE FORCE AND WETHER THEIR ACTIONS WERE JUST AND IN ACCORD WITH THOSE IN PUBLIC OFFICE AND IF NOT, DID THEY VIOLATE ANY OF THE PLAINTIFF ESTABLISHED RIGHTS, OR OTHER.

2. DECLARE THE PUBLIC EMPLOYERS VIOLATED THE MASSACHUSETTS TORT ACT G.L.C. 258, 4, BY THEIR FAILURE TO ADHERE TO THE PREREQUISITE OF THE STATUTE THUS DEFAULTED AND ANY DEFENSE IS MOOT, THUS DECLARATORY OR SUMMARY JUDGEMENT IS WARRANTED IN THE AMOUNT OF $7,000,000 U.S. DOLLARS.

3. DECLARE THE ACTIONS OF THE DEFENDANTS VIOLATED THE LAWS OF THE CONSTITUTION OF MASSACHUSETTS, MASSACHUSETTS DECLARATION OF RIGHTS UNITED STATES CONSTITUTION, BILL OF RIGHTS AMENDMENTS, STATUTES, POLICIES AND OTHER.

4. GRANT DAMAGES TO THE PLAINTIFF PURSUANT TO 42 U.S.C. 1983 AND THE MASSACHUSETTS DECLARATION OF RIGHTS AND THE UNITED STATES BILL OF RIGHTS AND AMENDMENTS FOR THE ABUSE HE SUFFERED.

5. GRANT PLAINTIFF COST AND ATTORNEY FEES; AND

6. GRANT SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,
_Ulysses Pena_
ULYSSES PENA, PROSE

I, ULYSSES PENA, HEREBY CERTIFY AND VERIFY THAT THE FACTS HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE FIRSTHAND UNDER THE PAINS AND PENALTY OF PERJURY.

DATE: 7/30/2015



○ JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

DEFENDANTS

(b) County of Residence of First Listed Plaintiff _Suffolk_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Suffolk_
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) _Pro se_

Attorneys (If Known) _Pro se_

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1 U.S. Government Plaintiff
- ✓ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓1 | ✓1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | **PERSONAL PROPERTY** | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | ✓360 Other Personal Injury | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- 1 Original Proceeding
- ✓ 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ' Yes ' No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2015 AUG 3 A M:
U.S. DIST.
DISTRICT

ATTACHMENT 3

1. Title of case (name of first party on each side only) _Ulysses Pena v. Boston Police Dept ET AL._

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]    NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]    NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]    NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [x]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [x]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Pecge_
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm.wpd - 5/2/05)