UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:15-cv-11631-WGY

**ULYSSES PENA,**

      **Plaintiff,**

**v.**

**BOSTON POLICE OFFICER SEAN SCANNELL, AND BOSTON POLICE SERGEANT SEAN SMITH**

      **Defendants.**

## DEFENDANTS' MOTION TO CONTINUE TRIAL

Defendants, Sean Scannell and Sean Smith (the "Defendants"), hereby move this Court to continue trial, currently scheduled for June 13, 2016, and issue a scheduling order for purposes of conducting discovery. In support of this Motion, the Defendants submit the following:

1. Initially a scheduling conference was set for July 9, 2015, however due to the Plaintiff's incarceration, said conference was canceled. A scheduling order was never issued, but rather trial was set for June 2016.

2. Following this order, Plaintiff filed an amended Complaint to include Defendants Police Commissioner Evans, Superintendent Gross, and the City of Boston on August 3, 2015.

3. Defendants moved to strike the amended Complaint on the grounds that it was not assented to, was filed in excess of 21 days following Plaintiff's initial complaint, and alleged no set of facts on which relief could be granted.

4. The Court granted said Motion to Strike.

5. On October 27, 2015 upon Plaintiff's motion to amend his Complaint, the Court allowed his motion in regards to the City.

6. On November 5, 2015, The City of Boston moved to dismiss the case against it for failure to state a claim, and said motion was allowed on November 20, 2015.

7. At present Plaintiff has served Defendant with no discovery requests.

8. Defendant has not had an opportunity to depose the incarcerated Plaintiff, and pending the Court's ruling on this instant motion, will request leave to conduct said deposition.

9. Defense counsel believes with a brief continuance of trial, and a condensed scheduling order, this litigation could be resolved on summary judgement and not burden the courts or an empaneled jury.

10. Defense counsel recognizes the lack of scheduling order was not a bar to the conducting of discovery, and graciously asks this Court for the proposed continuance to aid in the resolution to this case.

11. Defendants respectfully request a continuance of not more than four months, to reflect the time between July 2015 and November 2015 during which Defendants were still filing responsive pleadings to Plaintiff's Amended Complaint and waiting to see which Defendants would remain in the case.

12. Counsel proposes that the scheduling order be set as follows:  fact discovery to be completed by **July 1, 2016**; experts disclosed by **July 15, 2016**; expert reports due by **August 1, 2016**; dispositive motions due by **August 31, 2016**.

Should the case not be resolved on motion, trial could be set for October 1, 2016 or another date acceptable to this court.

13. No party will be prejudiced by the allowance of this Motion. Allowing this brief continuance of trial and extension of time to conduct discovery will greatly aid in the efficiency of this litigation.

WHEREFORE, the Defendants respectfully request that the trial be continued and scheduling order be set as stated above.

Respectfully submitted,

DEFENDANT CITY OF BOSTON

By their attorneys:

Eugene O'Flaherty
Corporation Counsel

/s/ Katherine N. Galle
Katherine N. Galle (BBO#691660)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097
Katherine.Galle@boston.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I am unable to conduct a conference with the *pro se* Plaintiff pursuant to Local Rule 7.1 due to the fact that he is incarcerated and I do not have contact information for him other than his place of incarceration.

/s/ Katherine N. Galle

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be sent via first class mail to Pro se Plaintiff Ulysses Pena at the Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360 on May 17, 2016.

                                          /s/ Katherine N. Galle.