UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:15-cv-11631-WGY

**ULYSSES PENA,**

       **Plaintiff,**

**v.**

**BOSTON POLICE OFFICER SEAN SCANNELL, AND BOSTON POLICE SERGEANT SEAN SMITH**

       **Defendants.**

## JOINT STIPULATION OF DISMISSAL

Now come all parties, Plaintiff Ulysses Pena, and Defendants Sean Scannell and Sean Smith, and hereby respectfully request this Court to dismiss the above captioned matter with prejudice. Plaintiff made defense counsel aware of his decision to dismiss the case in its entirety on May 25, 2016, before the start of his scheduled deposition. The transcribed record of his request is attached hereto as Exhibit A. All parties are in agreement on this matter.

[Signatures on following page]

Respectfully submitted,

DEFENDANTS SCANNELL AND SMITH

By their attorneys:

Eugene O'Flaherty
Corporation Counsel


/s/ Katherine N. Galle
Katherine N. Galle (BBO#691660)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097
Katherine.Galle@boston.gov


PLAINTIFF ULYSSES PENA


/s/Ulysses Pena
Pro Se Plaintiff
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360


## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent via first class mail to Pro se Plaintiff Ulysses Pena at the Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360 on May 26, 2016.


/s/ Katherine N. Galle.