```
                                    VOL. I

                                    PAGES 1-6

                                    EXHIBITS None

        COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.             SUPERIOR COURT DEPARTMENT
                         OF THE TRIAL COURT
                         C.A. No. 15-00716


ULYSSES PENA,                  )
                               )
          Plaintiff,           )
                               )
     vs                        )
                               )
SEAN SMITH and                 )
SEAN SCANNELL,                 )
                               )
          Defendants.          )
```

**DEPOSITION of ULYSSES PENA**, a witness called on behalf of the defendants, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Marie C. Leonard, Registered Professional Reporter, Certified Shorthand Reporter No. 146799, and a Notary Public in and for the Commonwealth of Massachusetts, at the Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts, on Wednesday, May 25, 2016, commencing at 10:25 a.m.

**ELLEN M. FRITCH & ASSOCIATES**
373 Silver Street
South Boston, Massachusetts 02127
(617) 269-5448

```
 1        APPEARANCES:
 2
              City of Boston Law Department
 3                (By Katherine N. Galle, Esq.)
                  City Hall, Room 615
 4                Boston, Massachusetts 02201
                  T:  617.635.4097
 5                F:  617.635.3199
                  E:  Katherine.Galle@boston.gov
 6                for the defendants
 7
 8        Also Present:
 9             Patrick Donnelly
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

                    DEPOSITION OF ULYSSES PENA

```
1                        I N D E X
2
          Deposition of:                           Page
3
          ULYSSES PENA
4
                Examination by Ms. Galle             4
5
6
7
          Exhibits                                 Page
8
          None
9
10
```

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | **P R O C E E D I N G S**                                       |
| 2  |    |                                                                 |
| 3  |    | **ULYSSES PENA**, having been satisfactorily                    |
| 4  |    | identified by the production of his Plymouth                    |
| 5  |    | County Correctional Facility identification                     |
| 6  |    | card, and duly sworn by the Notary Public, was                  |
| 7  |    | examined and testified as follows:                              |
| 8  |    |                                                                 |
| 9  |    | **EXAMINATION BY MS. GALLE:**                                   |
| 10 | Q. | Good morning, Mr. Pena.  Could you please                       |
| 11 |    | state your name for the record.                                 |
| 12 | A. | Uylsses Pena.                                                   |
| 13 | Q. | And my name's Attorney Galle on behalf of the                   |
| 14 |    | City of Boston; and we've just spoken for a                     |
| 15 |    | moment before starting the deposition, and                      |
| 16 |    | you have agreed to dismiss the lawsuit,                         |
| 17 |    | Docket No. 15-00716, Ulysses Pena versus                        |
| 18 |    | Sergeant Smith and Officer Scannell.  You've                    |
| 19 |    | agreed to dismiss that with prejudice; is that                  |
| 20 |    | correct?                                                        |
| 21 | A. | Yes, I do.                                                      |
| 22 | Q. | And you've agreed that Attorney Galle, myself,                  |
| 23 |    | will file a joint stipulation of dismissal                      |
| 24 |    | with the court on both the defendants' behalf                   |

```
 1         and your behalf, the plaintiff; is that
 2         correct, Mr. Pena?
 3    A.   Yes.  Yes.
 4              MS. GALLE:  All right.  We can end it.
 5              (Whereupon the deposition was
 6              concluded at 10:26 a.m. a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

DEPOSITION OF ULYSSES PENA

```
1                         CERTIFICATE
2
3       Commonwealth of Massachusetts
4       Norfolk, ss.
5
6
7            I, Marie C. Leonard, Registered
8       Professional Reporter, Certified Shorthand
9       Reporter No. 146799, and Notary Public, do
10      hereby certify that the foregoing record,
11      pages 1 through 5, inclusive, is a complete,
12      accurate and true transcription of my
13      stenographic notes taken in the aforementioned
14      matter to the best of my skills and ability.
15
16
17
18
19                         _____
20                         Marie C. Leonard
                           RPR, CSR No. 146799
21
22
23
        My commission expires
24      on June 17, 2022
```

DEPOSITION OF ULYSSES PENA